# **EXHIBIT A**

DOCS_DE:214928.1 89005/001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br><br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>GULF MEDICAL SERVICES, INC.,<br><br>Defendant. | Adv. Proc. No. 17-50896 (MFW)<br><br>Ref. Docket No. \_\_\_\_ |

**ORDER APPROVING
STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

After considering the parties' stipulation to extend the time for the Defendant to answer the Complaint, it is hereby ORDERED that the Stipulation attached as **Exhibit 1** hereto is APPROVED, and the Defendant's time to answer the Complaint is hereby extended to September 15, 2017, without prejudice to any party seeking a further extension.

Date: _____, 2017         BY THE COURT:

 

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc. (8546); Univita Health Systems Holdings, LLC (3447), Univita Healthcare Solutions LLC (7010), Univita of Georgia LLC (6674), Univita of Tennessee, Inc. (5660), Univita Healthcare Solutions of Georgia, Inc. (9687), All-Med Management Systems of New York Independent Practice Association, Incorporated (5681), Univita Health Holdings Corp. (0642), Univita Homecare Holdings LLC (7139), Univita Homecare Solutions LLC (0338), Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).

1

# **EXHIBIT 1**

DOCS_DE:214928.1 89005/001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br><br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.*,<br><br>              Plaintiff,<br><br>v.<br><br>GULF MEDICAL SERVICES, INC.,<br><br>              Defendant. | Adv. Proc. No. 17-50896 (MFW) |

**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT
EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER TO COMPLAINT**

The above-captioned plaintiff (the "Plaintiff") and defendant (the "Defendant") hereby agree to extend Defendant's time to file an answer to the complaint filed by the Plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support hereof, the parties state as follows:

The Plaintiff initiated the Adversary Proceeding against the Defendant by filing a complaint [Adv. Docket No. 17-50896] (the "Complaint") with this Court on July 19, 2017.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc. (8546); Univita Health Systems Holdings, LLC (3447), Univita Healthcare Solutions LLC (7010), Univita of Georgia LLC (6674), Univita of Tennessee, Inc. (5660), Univita Healthcare Solutions of Georgia, Inc. (9687), All-Med Management Systems of New York Independent Practice Association, Incorporated (5681), Univita Health Holdings Corp. (0642), Univita Homecare Holdings LLC (7139), Univita Homecare Solutions LLC (0338), Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).

1

In order to allow the parties an opportunity to resolve the Adversary Proceeding on the merits, the Plaintiff and the Defendant agreed to extend Defendant's time to file an answer through and including September 15, 2017.

The parties' entry into this Stipulation shall be without prejudice to the ability of the parties to seek a further extension or modification of the Defendant's time to answer the Complaint.

Dated: August 22, 2017

/s/ *Michael R. Seidl*
Laura D. Jones (Bar No. 2436)
Andrew W. Caine (CA Bar No. 110345)
Jason S. Pomerantz (CA Bar No. 157216)
Michael R. Seidl (Bar No. 3889)
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
acaine@pszjlaw.com
jspomerantz@pszjlaw.com
mseidl@pszjlaw.com

Counsel to Plaintiff David W. Carickhoff, Chapter 7 Trustee of Univita Holdings LLC *et al.*

Dated: August 22, 2017

/s/ *William D. Hazeltine*
William D. Hazeltine (No. 2820)
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
302.428.8191 (phone)
302.428.8191 (fax)
whazeltine@sha-llc.com

Counsel for Defendant

2

DOCS_DE:214928.1 89005/001