**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UNIVITA HOLDINGS, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 15-11786 (MFW)<br><br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.*,<br><br>               Plaintiff,<br><br>    v.<br><br>GULF MEDICAL SERVICES, INC.,<br><br>               Defendant. | Adv. Proc. No. 17-50896 (MFW) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the firm of Sullivan Hazeltine Allinson LLC enters its appearance as counsel to Gulf Medical Services, Inc. in the above-captioned adversary proceeding.

Date: August 22, 2017
       Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Gulf Medical Services, Inc.*

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc. (8546); Univita Health Systems Holdings, LLC (3447), Univita Healthcare Solutions LLC (7010), Univita of Georgia LLC (6674), Univita of Tennessee, Inc. (5660), Univita Healthcare Solutions of Georgia, Inc. (9687), All-Med Management Systems of New York Independent Practice Association, Incorporated (5681), Univita Health Holdings Corp. (0642), Univita Homecare Holdings LLC (7139), Univita Homecare Solutions LLC (0338), Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).