# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UNIVITA HOLDINGS, *et al.*,[1] | Case No. 15-11786 (MFW) |
| Debtors. | (Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.*, | Adv. Proc. No. 17-50896 (MFW) |
| Plaintiff, | |
| v. | |
| GULF MEDICAL SERVICES, INC., | |
| Defendant. | |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Pursuant to this Court's October 4, 2017, Scheduling Order (the "Scheduling Order"), Plaintiff David W. Carickhoff, solely as Chapter 7 Trustee of the Estates of Univita Holdings, *et al.* (the "Plaintiff"), and defendant Gulf Medical Services, Inc. (the "Defendant"), stipulate as follows:

1. Mark E. Felger, Esquire, of Cozen O'Connor shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

2. The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc. (8546); Univita Health Systems Holdings, LLC (3447), Univita Healthcare Solutions LLC (7010), Univita of Georgia LLC (6674), Univita of Tennessee, Inc. (5660), Univita Healthcare Solutions of Georgia, Inc. (9687), All-Med Management Systems of New York Independent Practice Association, Incorporated (5681), Univita Health Holdings Corp. (0642), Univita Homecare Holdings LLC (7139), Univita Homecare Solutions LLC (0338), Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator.

Dated: January 2, 2018                         STIPULATED AND AGREED:

SULLIVAN HAZELTINE ALLINSON LLC                PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ William Hazeltine*                    By: */s/ Michael R. Seidl*
    William D. Sullivan (Bar No. 2820)              Laura D. Jones (Bar No. 2436)
    William Hazeltine (Bar No. 3294)                Andrew W. Caine (CA Bar No. 110345)
    901 N Market Street, Suite 1300                 Jason S. Pomerantz (CA Bar No. 157216)
    Wilmington DE 19801                             Michael R. Seidl (Bar No. 3889)
    Telephone: (302) 428-8191                       919 North Market Street, 17th Floor
    Facsimile: (302) 428-8195                       P.O. Box 8705
    Email: bsullivan@sha-llc.com                    Wilmington, DE 19899-8705
          whazeltine@sha-llc.com                 (Courier 19801)
                                                    Telephone: (302) 652-4100
    And                                             Facsimile: (302) 652-4400
                                                    E-mail: ljones@pszjlaw.com
    Pamela F. Colbert, Esq.                                acaine@pszjlaw.com
    Adam Bell, Esq.                                        jspomerantz@pszjlaw.com
    Brown & Fortunato, P.C.                                mseidl@pszjlaw.com
    905 S. Fillmore, Suite 400
    Amarillo, TX 79101                              Counsel for Plaintiff David W.
    Telephone: (806) 345-6300                       Carickhoff, Chapter 7 Trustee of Univita
    Facsimile: (806) 345-6363                       Holdings LLC *et al.*
    Email: pcolbert@bf-law.com
          abell@bf-law.com

    Counsel for Defendant