# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| UNIVITA HOLDINGS, *et al.,*[1] | Case No. 15-11786 (MFW) |
| Debtors | (Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.,* | Adv. Proc. No. 17-50896 (MFW) |
| Plaintiff, | |
| v. | |
| GULF MEDICAL SERVICES, INC., | |
| Defendant, | |

## NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on January 5, 2018, Defendant Gulf Medical Services, Inc. ("Gulf Medical") filed a voluntary petition for relief ("Petition") pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Florida, Case No. 18-30012 (JCO). A copy of the Petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362(a) of the Bankruptcy Code, the filing of the Petition operates as a stay of all actions by any entity to

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc. (8546); Univita Health Systems Holdings, LLC (3447); Univita Healthcare Solutions LLC (7010); Univita of Georgia LLC (6674); Univita of Tennessee, Inc. (5660); Univita Healthcare Solutions of Georgia, Inc. (9687); All-Med Management Systems of New York Independent Practice Association, Incorporated (5681); Univita Health Holdings Corp. (0642); Univita Homecare Holdings LLC (7139); Univita Homecare Solutions LLC (0338); Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).

commence or continue any action or proceeding against Gulf Medical, to recover a claim against Gulf Medical, to enforce a judgment against Gulf Medical, or to obtain possession of or to exercise control over property of Gulf Medical's bankruptcy estate, as more fully set forth therein.

**PLEASE TAKE FURTHER NOTICE** that any inquiries regarding this case should be directed to undersigned counsel.

Date:   January 11, 2018
         Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

William A. Hazeltine (No. 3204)
901 North Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

*Counsel for Defendant Gulf Medical Services, Inc.*