# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UNIVITA HOLDINGS, *et al.*,[1] | Case No. 15-11786 (MFW) |
| Debtors. | (Jointly Administered) |
| DAVID W. CARICKHOFF, solely as CHAPTER 7 TRUSTEE OF THE ESTATES OF UNIVITA HOLDINGS, *et al.*, | Adv. Proc. No. 17-50896 (MFW) |
| Plaintiff, | |
| v. | |
| GULF MEDICAL SERVICES, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among David W. Carickhoff, Chapter 7 Trustee of Univita Holdings LLC, *et al*. ("Plaintiff") and Gulf Medical Services, Inc. ("Defendant"), that this entire action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original.  Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Univita Health Inc.  (8546); Univita Health Systems Holdings, LLC (3447), Univita Healthcare Solutions LLC (7010), Univita of Georgia LLC (6674), Univita of Tennessee, Inc. (5660), Univita Healthcare Solutions of Georgia, Inc. (9687), All-Med Management Systems of New York Independent Practice Association, Incorporated (5681), Univita Health Holdings Corp. (0642), Univita Homecare Holdings LLC (7139), Univita Homecare Solutions LLC (0338), Univita of Florida, Inc. (8107) and Univita Holdings LLC (1923).

Dated: February 15, 2023

| SULLIVAN HAZELTINE ALLINSON LLC | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| By: */s/ William A. Hazeltine*<br>William D. Sullivan (Bar No. 2820)<br>William A. Hazeltine (Bar No. 3294)<br>901 N Market Street, Suite 1300<br>Wilmington DE 19801<br>Telephone: (302) 428-8191<br>Facsimile: (302) 428-8195<br>Email: bsullivan@sha-llc.com<br>       whazeltine@sha-llc.com<br><br>-and-<br><br>BROWN & FORTUNATO, P.C.<br>Pamela F. Colbert, Esq.<br>Adam Bell, Esq.<br>905 S. Fillmore, Suite 400<br>Amarillo, TX 79101<br>Telephone: (806) 345-6300<br>Facsimile: (806) 345-6363<br>Email: pcolbert@bf-law.com<br>       abell@bf-law.com<br><br>Counsel for Defendant, Gulf Medical Services, Inc. | By: */s/ Michael R. Seidl*<br>Laura D. Jones (Bar No. 2436)<br>Andrew W. Caine (CA Bar No. 110345)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>Michael R. Seidl (Bar No. 3889)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>  (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>       acaine@pszjlaw.com<br>       jspomerantz@pszjlaw.com<br>       mseidl@pszjlaw.com<br><br>Counsel for Plaintiff, David W. Carickhoff, Chapter 7 Trustee of Univita Holdings LLC *et al.* |